## UNITED STATES DISTRICT COURT
## REMOTE CIVIL MOTION MINUTES

Date: **9/30/2020**  Judge: **Trenga/(IDD)**
Time: **2:02 - 3:11**  Reporter: **R. Montgomery**

Civil Action Number: **1:20-cv-1075**

### BOYAPATI

### V.

### LOUDOUN COUNTY SCHOOL BOARD

Zoom appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Milton Johns** | **Julia Judkins** |

Motion to/for:
[2] Motion for Preliminary Injunction by pltf.

Argued and
(  ) Granted          (  ) Denied          (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement          (  ) Continued to

(**X**) Order to Follow